UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joel L. Smith</u>

    v.                                     Civil No. 07-cv-408-SM

<u>NH Department of Corrections,</u>
<u>Commissioner, et al.</u>

**O R D E R**

    Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $40.78 is due no later than January 20, 2008.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the NH State Prison for Men when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    **SO ORDERED.**

                                        _____
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: December 20, 2007

cc:    Joel L. Smith, pro se
       Bonnie S. Reed, Financial Administrator
       NH State Prison for Men, Inmate Accounts