UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Joel L. Smith

    v.        Civil No. 07-cv-408-SM

William Wrenn, Commissioner,
New Hampshire Department of Corrections, et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 9, 2008, no objection having been filed. Plaintiff's Motion for Temporary Restraining Order (document no. 3) is denied without prejudice.

  SO ORDERED.

May 1, 2008          _____
                Steven J. McAuliffe
                Chief Judge

cc: Lawrence Vogelman, Esq.