UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Joel L. Smith

    v.                                       Civil No. 07-cv-408-SM

William L. Wrenn, Commissioner,
NH Department of Corrections;
Richard M. Gerry; Robert MacLeod;
Donna J. Timulty; Donna Dufresne;
and Brad Bowden

**NOTICE OF RULING**

Re: (Document No. 21) Motion for Stay of Proceedings

    **Ruling**: Denied. There is no need to stay the case. Plaintiff may respond to the pending motion for summary judgment on or before March 30, 2009. Plaintiff is reminded that he is required to either file a pro se appearance or have new legal counsel file an appearance on his behalf on or before February 23, 2009.

Entered by: Steven J. McAuliffe, Chief Judge

Date: February 19, 2009

cc:   Joel L. Smith, pro se
       James W. Kennedy, Esq.